IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANNIE BOWDEN-FRITZ *(Pro Se)* | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-3031 |
| MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

The plaintiff has sued the Maryland Department of Health and Mental Hygiene (DHMH), alleging violations of her rights under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634, and the Americans With Disabilities Act, 42 U.S.C. §§ 12101 to 12213. In her complaint, the plaintiff laid out a theory under which the DHMH is liable to her under Title I of the Americans With Disabilities Act and the Age Discrimination in Employment Act generally. Under the Eleventh Amendment to the United States Constitution, DHMH, an agency of Maryland State Government, is immune from such claims.

Accordingly, an Order will issue GRANTING the defendant's MOTION TO DISMISS (ECF 4), and directing the Clerk to CLOSE this case.

Dated this 23 day of April, 2013

BY THE COURT

*/s/ James K. Bredar*
James K. Bredar
United States District Judge